ALEXANDER ROMAN, Appellant, *v.* JULIANA LOBE, Respondent.

(Submitted March 1, 192(; decided March 30, 1926.)

MOTION for reargument. (See 241 N. Y. 514.)

*Per Curiam.* In view of the fact, which is now pointed out to us upon this motion for reargument, that the defendant's answer admits the employment of the plaintiff and his procurement of the sale, the judgment of the Appellate Division must have been based upon the holding that a license was essential, since no other issue was presented by the pleadings.

A reargument will be granted to the end that the constitutionality of the statute (Real Prop. Law [Cons. Laws, ch. 50], § 442-e) may be considered and determined.

Pursuant to section 68 of the Executive Law (Cons. Laws, ch. 18), the plaintiff is directed to give notice to the Attorney-General of the argument of this appeal and the questions to be raised thereon.

Motion for reargument granted.

---

VERNON METAL AND PRODUCE COMPANY, INC., Appellant, *v.* THE JOSEPH JOSEPH & BROTHERS COMPANY, Respondent.

(Submitted January 11, 1926; decided March 30, 1926.)

Motion by defendant, respondent, to amend remittitur granted. Return of remittitur requested and when returned the remittitur will be deemed amended by reducing judgment in favor of plaintiff to the sum of $358.60, with costs in all courts, and motion by plaintiff, appellant, to amend remittitur denied, without costs to either party of either motion. (See 241 N. Y. 544.)

---

HARRY KOTTLER, Respondent, *v.* NEW YORK BARGAIN HOUSE, INC., Appellant.

(Submitted February 23, 1926; decided March 30, 1926.)

Motion by defendant to amend remittitur and motion by plaintiff for reargument denied, without costs to either party. (See 242 N. Y. 28.)